## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| SHERRIE RUSSELL, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Case No. 6:22-cv-352-JDK |
| CMRE FINANCIAL SERVICES, INC., | § § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Sherrie Russell's notice of voluntary dismissal (Docket No. 7). All pending claims in this case are **DISMISSED** with prejudice pursuant to Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **5th**  day of  **December, 2022.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE